1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN SELBY SPAUGH,

                    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

Case No. C23-5620 RSM

**ORDER AMENDING
SCHEDULING ORDER**

Based on Defendant's Motion to Amend the Scheduling Order, and without opposition from Plaintiff's Counsel, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including January 12, 2024, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including January 26, 2024, to file the optional reply brief.

DATED this 14th day of November, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING SCHEDULING ORDER - 1